FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2021 AUG -4  PM 2: 04

UNITED STATES OF AMERICA

v.

CASE NO. 3:21-cr-78-TJC-PDB
8 U.S.C. § 1326(a)

GUSTAVO ACEVEDO
  a/k/a Gustavo Moctezuma
  a/k/a Gustavo Acevedo-Moctezuma

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about July 1, 2021, in the Middle District of Florida, the defendant,

GUSTAVO ACEVEDO
a/k/a Gustavo Moctezuma
a/k/a Gustavo Acevedo-Moctezuma,

being an alien of the United States, who previously had been convicted of a felony offense, including:

Conspiracy to Distribute Five or more Kilograms of Cocaine, United States District Court, Middle District of Florida, Jacksonville Division, on or about March 17, 2009,

and was thereafter deported, excluded, and removed from the United States on or about June 15, 2016, and who had not received the consent of the Attorney General

or the Secretary of Homeland Security to reapply for admission to the United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a) and (b)(2).

A TRUE BILL,

_____
Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: _____
Kevin C. Frein
Assistant United States Attorney

By: _____
Kelly Karase
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
8/4/21 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## GUSTAVO ACEVEDO
a/k/a Gustavo Moctezuma
a/k/a Gustavo Acevedo-Moctezuma

## INDICTMENT

Violations: 8 U.S.C. 1326(a) and (b)(2)

A true bill,

_____
Foreperson

Filed in open court this __4th__ day

of August, 2021.

_____
Clerk

Bail  $_____

GPO 863 525